Lawrence W. Miles, Jr. (#95522)
Brady D. McLeod (#205273)
**THE MILES LAW FIRM**
3838 Watt Ave., Suite 301
Sacramento, CA  95821
916-973-9674

Attorneys for Defendant
Leroy Delano Wachsmuth

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-cr-0281 DFL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE INITIAL APPEARANCE DATE AND ORDER** |
| LEROY DELANO WACHSMUTH, | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA, ("USA") Plaintiff and LEROY DELANO WACHSMUTH, ("WACHSMUTH") Defendant, by and through their respective counsel of record. Who hereby represent and stipulate as follows:

1.   On or about July 13, 2005, a Summons was issued as to WACHSMUTH, pursuant to an Indictment for violations of Title 18, Section 1001 regarding False Statements.

2.   An Initial Appearance is presently scheduled for August 4, 2005, at 2:00 p.m. in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd.

3.   Counsel for WACHSMUTH was retained on July 28, 2005, and immediately notified counsel for USA of representation and requested a continuance for time to review the Indictment and discuss same with WACHSMUTH as well as time to discuss the case with counsel for the USA.  Counsel for the USA did not object to a continuance and agreed to continue the Initial Appearance until August 16, 2005, at 2:00 p.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The scheduled Initial Appearance for Defendant WACHSMUTH in this matter shall be continued until August 16, 2005 at 2:00 p.m. in Courtroom 27 before Magistrate Judge Dale A. Drozd.

Dated: August 2, 2005　　　　　　　　**THE MILES LAW FIRM**

　　　　　　　　　　　　　　　　　　/s / Brady D. McLeod
　　　　　　　　　　　　　　　　　　Brady D. McLeod
　　　　　　　　　　　　　　　　　　Attorneys for LEROY WACHSMUTH

Dated: August 2, 2005　　　　　　　　**UNITED STATES ATTORNEYS OFFICE**

　　　　　　　　　　　　　　　　　　/s / Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The scheduled Initial Appearance hearing for LEROY DELANO WACHSMUTH is continued to August 16, 2005, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

```
Dated:   August 2, 2005
```

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wachsmuth0281.ord

**STIPULATION TO CONTINUE HEARING; ORDER**     2
USA v. WACHSMUTH
Case No.: 2:05-CR-0281